UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

DARRIN MALSACK,

    Plaintiff,

v.                                   Case No. 25-CV-01128

R & J KOEHN, LLC,

    Defendant.

---

## STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

---

    IT IS HEREBY STIPULATED, by and between the parties that the deadline for defendant R & J Koehn, LLC to file an answer to the complaint or otherwise plead is extended thirty (30) days from October 3, 2025 to November 3, 2025.

                                    Law Offices of
                                    THE SCHAPIRO LAW GROUP, P.L.
                                    Attorneys for plaintiff Darrin Malsack

Dated: September 25, 2025        BY: /s/ Douglas S. Schapiro
                                           Douglas S. Schapiro (#54538FL)

                                    CARLSON DASH, LLC
                                    Attorneys for defendant R & J Koehn, LLC

Dated: September 25, 2025        BY: /s/ Morgan I. Marcus
                                           JEROME D. KRINGS (#1015335)
                                           MORGAN I. MARCUS (#1136118)