UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

DARRIN MALSACK,

    Plaintiff,

v.    Case No. 25-CV-01128

R & J KOEHN, LLC,

    Defendant.

---

## ORDER GRANTING EXTENSION OF TIME TO ANSWER COMPLAINT

---

    Based upon the filed Stipulation,

    IT IS HEREBY ORDERED that the deadline for defendant R & J Koehn, LLC to file an answer to the complaint or otherwise plead is extended thirty (30) days from October 3, 2025 to November 3, 2025.

BY THE COURT:

Dated: _____  _____
                                                          HONORABLE PAMELA PEPPER